PEOPLE OF PORTO RICO, Plaintiff and Appellee, *v.* RAFAEL
MARCHÁN, Defendant and Appellant.

No. 3001. Argued January 25, 1927.—Decided February 10, 1927.

*Rafael F. Marchán* for the appellant. *José E. Figueras* for the
appellee.

MR. JUSTICE WOLF delivered the opinion of the court.

The defendant was convicted of having had for sale and
for human consumption a quantity of beef (*carne de ganado
vacuno*) in a state of putrefaction, which was against sanitary
rule No. 53 prohibiting in effect having meat in a state of
decomposition.

On appeal it was insisted that it was not shown at the
trial that the meat was in fact in a state of decomposition
or putrefaction. The information alleged this fact, but the
evidence has not been certified up to us and under these
circumstances we agree with the government that it must be
presumed that the state of putrefaction was duly shown.

The theory of appellant was that the meat should have
been investigated in a laboratory. Likewise, we agree with
the *fiscal* that an inspector does not have to be an expert
to be able to see in a particular case that decomposed meat
was being offered for sale.

The judgment should be affirmed.